FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3183

_____

JOHN J. DIGLIO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

October 15, 2018

PER CURIAM.

The petition for belated appeal is denied as the Petitioner fails to allege that he made a timely request of counsel to file an appeal on his behalf and that counsel failed to do so. *See State v. Trowell*, 739 So. 2d 77 (Fla. 1999).

ROBERTS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

John J. Diglio, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.